NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FEB 25 2022

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PETER VU, | No. 21-15619 |
| Plaintiff-Appellant, | D.C. No. 4:20-cv-04579-JSW |
| v. | |
| SAN FRANCISCO POLICE DEPARTMENT; CITY OF SAN FRANCISCO, a municipal corporation; WILLIAM SCOTT, Officer; as an individual in his official capacity as a Police Chief of San Francisco Police Department; NICHOLAS RAINSFORD, Officer; as an individual in his official capacity as an officer of San Francisco Police Department; ZUROSKI, First name unknown; Officer; as an individual in his official capacity as an officer of San Francisco Police Department; E. ROBERTS, Officer; as an individual in his official capacity as an officer of San Francisco Police Department, | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Northern District of California
Jeffrey S. White, District Judge, Presiding

Submitted February 15, 2022**

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Before:     FERNANDEZ, TASHIMA, and FRIEDLAND, Circuit Judges.

Peter Vu appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging a Fourteenth Amendment equal protection violation. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915(e)(2)(B). *Watison v. Carter*, 668 F.3d 1108, 1112 (9th Cir. 2012). We affirm.

The district court properly dismissed Vu's action because Vu failed to allege facts sufficient to state a plausible claim. *See Furnace v. Sullivan*, 705 F.3d 1021, 1030 (9th Cir. 2013) ("To state a claim under 42 U.S.C. § 1983 for a violation of the Equal Protection Clause of the Fourteenth Amendment a plaintiff must show that the defendants acted with an intent or purpose to discriminate against the plaintiff based upon membership in a protected class." (citation and internal quotation marks omitted)); *Hebbe v. Pliler*, 627 F.3d 338, 341-42 (9th Cir. 2010) (although pro se pleadings are construed liberally, a plaintiff must allege facts sufficient to state a plausible claim).

**AFFIRMED.**

---

**       The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).